**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**MARY BOYD**                                                                                    **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 1:21-CV-00165-HSO-RHWR**

**JERRY MYERSCOUGH**                                                                **DEFENDANT**

## <u>ORDER OF DISMISSAL</u>

THIS CAUSE is before the Court this day on the *ore tenus* motion of Plaintiff Mary Boyd

and Defendant Jerry Myerscough to dismiss this matter with prejudice.  The Court, being advised

the matter has been resolved between Plaintiff Mary Boyd and Defendant Jerry Myerscough, and

the parties consent and agree to the entry of this order, finds the motion is well taken.  It is therefore,

ORDERED AND ADJUDGED that this action should be and is hereby dismissed with

prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 23rd day of June, 2022.

<u>*s/ Halil Suleyman Ozerden*</u>
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Approved:

_____
MELINDA J. PARKS (MSB #104895)
*Attorney for Plaintiff*

_____
R. DOUGLAS VAUGHN (MSB #99404)
*Attorney for Defendant*