# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY BOYD** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:21-cv-00165-HSO-RHWR |
| | § | |
| **JERRY MYERSCOUGH** | § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 23rd day of June, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE